# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
## Western Division (at Cincinnati)

| | |
|---|---|
| **DAN HILS, et. al.** | : |
| Plaintiffs | : |
| v. | : |
| **GABRIEL DAVIS, et. al.** | : |
| Defendants | : |

## ORDER GRANTING PLAINTIFFS MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiffs Motion for Temporary Restraining Order is hereby GRANTED. Defendants Gabriel Davis, Ikechukwe Ekeke, and the City of Cincinnati, along with their officers, agents, servants, employees, and attorneys, and those acting in active concert or participation with any of them, are hereby ENJOINED AND RESTRAINED from preventing the tape or video recording by Plaintiff Hils in any City of Cincinnati City Complaint Authority matter in which he is representing any City of Cincinnati Police Officer, or the tape or video recording by any other Plaintiff of an interview before the City of Cincinnati City Complaint Authority in which that Plaintiff is the subject of the investigation. The Defendants are likewise ENJOINED AND RESTRAINED from taking any adverse action against any of the Plaintiffs solely due to their tape or video recording proceedings before the City of Cincinnati City Complaint Authority. No bond is required under FRCP 65.

IT IS SO ORDERED:

_____