# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: November 29, 2022

Mr. Richard W. Nagel
U.S. District Court
 for the Southern District of Ohio
100 E. Fifth Street
103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

Re: Case No. 22-3224, *Daniel Hils, et al v. Gabriel Davis, et al*
    Originating Case No. : 1:21-cv-00475

Dear Mr. Nagel,

  Enclosed is a copy of the mandate filed in this case.

                              Sincerely yours,

                              s/Austin D. Tyree
                                 for Leon Korotko, Case Manager

cc: Mr. Thomas Bernard Bruns
    Ms. Lauren Ann Creditt Mai
    Mr. Zachary Gottesman
    Mr. Scott Matthew Heenan
    Mr. Christopher David Wiest
    Ms. Emily Elizabeth Woerner

Enclosure

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

No: 22-3224

Filed: November 29, 2022

DANIEL HILS; CHARLES KNAPP; KEN BYRNE; ADARRYL BURCH

    Plaintiffs - Appellants

v.

GABRIEL DAVIS, DIRECTOR, CITY OF CINCINNATI CITIZEN COMPLAINT AUTHORITY, IKECHUKWU EKEKE, INVESTIGATOR, CITY OF CINCINNATI COMPLAINT AUTHORITY, in their official and individual capacities; CITY OF CINCINNATI, OH

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 11/07/2022 the mandate for this case hereby issues today.

COSTS: None